## In the United States Court of Federal Claims

No. 13-106 C
(Filed July 24, 2013)

```
* * * * * * * * * * * * * *   *
NOVA COMMERCIAL             *
COMPANY, INC.,              *
                            *
        Plaintiff,          *
                            *
    v.                      *
                            *
THE UNITED STATES,          *
                            *
        Defendant.          *
* * * * * * * * * * * * * *   *
```

### **ORDER**

On July 22, 2013, the parties filed a Joint Motion To Enlarge Time To File Joint Preliminary Status Report in this matter. Therein, the parties request an enlargement of time of fourteen days, to and including August 5, 2013, within which to file their Joint Preliminary Status Report. For good cause shown, it is hereby **ORDERED** that the parties' motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge